## 18UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| Colette Claire Savage, | CASE NO. 19-01462-JMM |
| **Debtor** | |

### ORDER DENYING TRUSTEE'S MOTION TO DISMISS

This matter coming on for hearing on the Trustee's Motion to Dismiss (Dkt. No. 21) filed herein by Kathleen A. McCallister, the standing Chapter 13 Trustee for the District of Idaho based on the Debtor's failure to obtain the required Credit Counseling prior to filing her case, and the Court having heard from the Trustee, Derrick O'Neill for Mark Savage, and the Debtor, and the Court announcing orally its findings of fact and conclusions of law at the hearing on January 7, 2019, now therefore;

IT IS HEREBY ORDERED that Trustee's Motion to dismiss is denied.



DATED:  January 10, 2020

_____
JOSEPH M. MEIER
CHIEF U. S. BANKRUPTCY JUDGE

The Court entered its own order by modifying the proposed order submitted by the Trustee.

ORDER OF DISMISSAL - 1